Case 4:24-cv-04427-DMR

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-04427-DMR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ASAAD TRAINA, M.D.
was received by me on *(date)* 9/25/2024.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: 10/1/2024 @ 12:13 PM, Subserved to Lorraine E., Asian female, grey hair, 50-70 years old, 5', 100 lbs, Medical Records Clerk, Peron in Charge at the time of service at the Medical Unit, Santa Rita Jail, 5325 Broder Blvd., Dublin, CA 94568. Previous attempts: 9/25/24 @ 1:14 PM, 9/29/24 @ 5:26 AM - defendant not available. or not in.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 152.21 .

I declare under penalty of perjury that this information is true.

Date: 10/04/24

*Server's signature*

ALEXANDER HELM, Contra Costa County Process
Server # 1742

*Printed name and title*

Mercury Investigations, PI 12115
P.O. Box 3031, Antioch, CA 94531
510-268-9810

*Server's address*

Additional information regarding attempted service, etc:

See ATTACHMENT "A", attached hereto for a complete list of documents served

See ATTACHED DECLARATION OF MAILING

**LAUREL et al vs. COUNTY OF ALAMEDA et al**
**US Northern District Court No.: 4:24-cv-04427-DMR**

## ATTACHMENT "A"

SUMMONS IN A CIVIL ACTION,

COMPLAINT,

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES,

STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU,

STANDING ORDER FOR ALL JUDGES IN NORTHERN DISTRICT
CONTENTS OF JOINT CASE MANAGEMENT STATEMENT.

SANJAY S. SCHMIDT, SB# 247275
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA  94109
(415) 563-8583

**Attorney for Plaintiffs**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN LAUREL, et al,<br>  Plaintiffs<br>vs.<br>COUNTY OF ALAMEDA et al,<br>  Defendants. | No.: 4:24-cv-04427-DMR<br><br>**DECLARATION OF MAILING** |

I, **Anne Vode**, declare, I am employed in the County of **Contra Costa**, California. I am over the age of 18 years and not a party to the above action. My business address is: Mercury Investigations, P.O. Box 3031, Antioch, CA  94531

On 10/1/2024, I mailed a copy of the following documents:
SUMMONS IN A CIVIL ACTION, COMPLAINT, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU, STANDING ORDER FOR ALL JUDGES IN NORTHERN DISTRICT CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

in the above action, by placing a true and correct copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at: **Antioch, California**, and addressed as follows:

ASAAD TRAINA, M.D.,
Medical Unit (WELLPATH, LLC)
Santa Rita Jail
5325 Broder Blvd.,
Dublin, CA 94568

PERSONAL & CONFIDENTIAL

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on: 10/1/2024

**MERCURY INVESTIGATIONS**
Lic. No.: PI 012115
P.O. Box 3031
Antioch, CA. 94531
(510) 268-9810

Anne Vode, PI 12115

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ELIZABETH ANN LAUREL, et al.<br><br>*Plaintiff(s)*<br>v.<br>COUNTY OF ALAMEDA, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:24-cv-04427-DMR<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PLEASE SEE ATTACHMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Sanjay S. Schmidt
LAW OFFICE OF SANJAY S. SCHMIDT
1388 Sutter Street, Suite 810
San Francisco, CA 94109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B. Busby*

Date: 08/15/2024

*M. Buensuceso-Cuenco*
*Signature of Clerk or Deputy Clerk*

# ATTACHMENT TO: SUMMONS IN A CIVIL ACTION

ADIAM HAILE, R.N.
Medical Unit (WELLPATH, LLC)
Santa Rita Jail
5325 Broder Blvd.,
Dublin, CA 94568


ASAAD TRAINA, M.D.,
Medical Unit (WELLPATH, LLC)
Santa Rita Jail
5325 Broder Blvd.,
Dublin, CA 9456


COUNTY OF ALAMEDA
Clerk, Board of Supervisors
1221 Oak Street, Suite 536
Oakland, CA 94612


YESENIA SANCHEZ, Alameda County Sheriff-Coroner
Alameda County Sheriff's Office
1401 Lakeside Drive, 12th Floor
Oakland, CA 94612


HOMAYUN SALEH, P.A.,
Sutter Health Memorial Medical Center
1700 Coffee Road
Modesto, CA 9535


K. BROWN, R.N.,
Medical Unit (WELLPATH, LLC)
Santa Rita Jail
5325 Broder Blvd.,
Dublin, CA 94568

//
//
//
//

LAILA KARIM, R.N.,
Medical Unit (WELLPATH, LLC)
Santa Rita Jail
5325 Broder Blvd.,
Dublin, CA 94568


SHELBY MOORE, R.N.,
Medical Unit (WELLPATH, LLC)
Santa Rita Jail
5325 Broder Blvd.,
Dublin, CA 94568


WELLPATH, LLC
Attn: Corporate Creations Network, Inc. (Authorized Agent)
5901 W. Century Blvd., Suite 750
Los Angeles, CA 90045